GUSTAVO L. MARTINEZ, City Attorney (SBN 173340)
**KRISTINA O. LAMBERT, Senior Deputy City Attorney (SBN 290403)**
klambert@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO,
OFFICER JOHN CUMBERLAND, and
OFFICER MICHAEL NOVAK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA DEARMAN,<br><br>                    Plaintiff,<br><br>      vs.<br><br>OFFICER JOHN CUMBERLAND,<br>individually and in his official capacity;<br>OFFICER MICHAEL NOVAK,<br>individually and in his official capacity;<br>CITY OF SACRAMENTO, a municipal<br>corporation,<br><br>                    Defendants. | Case No.:  2:26-CV-00394-DAD-JDP<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR FILING FIRST AMENDED COMPLAINT** |

The parties, by and through their counsel of record, hereby stipulate:

1.      Plaintiff AMANDA DEARMAN ("Plaintiff") will file a First Amended Complaint within 30 days of the date of entry of the Order;

2.      Defendants CITY OF SACRAMENTO, OFFICER JOHN CUMBERLAND, and OFFICER MICHAEL NOVAK (collectively "Defendants") will file a responsive pleading within 21 days of service of Plaintiff's First Amended Complaint.

///

///

1

STIPULATION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT

1645164)}»

DATED:  June 10, 2026

By:    /s/ *AMANDA DEARMAN*
**AMANDA DEARMAN**
Plaintiff in Pro Per

DATED:  June 10, 2026                GUSTAVO L. MARTINEZ,
City Attorney

By:    /s/ KRISTINA O. LAMBERT
**KRISTINA O. LAMBERT**
Senior Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO
OFFICER JOHN CUMBERLAND, and
OFFICER MICHAEL NOVAK

## ORDER

Pursuant to Local Rule 144 and the Stipulation set forth above, the request for extension of time is granted and the deadline for Plaintiff to file a First Amended Complaint is extended to July 10, 2026.

IT IS SO ORDERED.

Dated:    June 10, 2026          _____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION TO EXTEND TIME TO FILE AN AMENDED COMPLAINT

1645164)}»